UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. WASHINGTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAZ,<br><br>　　　　Respondent. | Case No. 19-06044 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is **DISMISSED** without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:** ___January 23, 2020___

　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\HC.19\06044Washington_judgment